# Exhibit B

Before LaForce remediation photos

**Room #1801 - missing screws**

 Room 1801.jpg

**Room #2053 - door barely in guide**

 Room 2053.jpg

During Removal photos

**Fix panel shimmed out of bottom guide due to improper mounting of bar**



**The occurrence of bottom guides not being installed with the required screw was a frequent occurrence. Per the installation instructions and video, the screw is required. Bottom guide was only held in place with silicone.**

