IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-00197-MR-WCM

| | | |
|---|---|---|
| LAFORCE, LLC f/k/a LA FORCE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| RESTROOM STALLS & ALL, LLC t/a | ) | |
| RESTROOM STALLS & ALL DIVISION | ) | |
| OF SOUTHCO SUPPLY COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (the "Motion," Doc. 8) filed by Andrew L. Chapin. The Motion indicates that Mr. Chapin, a member in good standing of the Bar of this Court, is local counsel for Plaintiff LaForce, LLC f/k/a La Force, Inc., and that he seeks the admission of Wilfredo Najarro, who the Motion represents as being a member in good standing of the Bar of Wisconsin. It further appears that the requisite admission fee has been paid.

The Motion also indicates that Mr. Chapin has not conferred with counsel for Defendant regarding the Motion because Defendant has not yet appeared in this action.

Seeing no facial defect in the Motion, the undersigned will grant the request. Defendant may, however, request that the admission of Wilfredo

1

Najarro be reconsidered, after Defendant has appeared in this matter. Any such request for reconsideration should be supported by specific objections to the instant *pro hac vice* admission.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion for Admission Pro Hac Vice and Affidavit (Doc. 8) is **GRANTED**, and Wilfredo Najarro is **ADMITTED** to practice *pro hac vice* before the Court in this matter while associated with local counsel.

2. This ruling is **WITHOUT PREJUDICE** to Defendant's right to challenge Mr. Najarro's admission, provided that any such motion is filed within **seven (7) days** of Defendant's appearance in this matter and is appropriately supported.

Signed: August 8, 2024

W. Carleton Metcalf
United States Magistrate Judge